IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | § | |
| OF MS "ORION J" | § | |
| SCHIFFAHRTSGESELLSCHAFT UG | § | |
| (HAFTUNGSBESCHRÄNKT) & CO. KG, | § | C.A. NO. 4:14-cv-1411 |
| JMS FOURTY-FIFTH SHIPPING CO. LTD, | § | |
| AND JÜNGERHANS HEAVY-LIFT-FLEET | § | |
| SERVICES GMBH & CO. KG, AS OWNER, | § | |
| OWNER *PRO HAC VICE* AND MANAGING | § | |
| OWNER, RESPECTIVELY, OF THE M/V | § | |
| INDUSTRIAL DAWN, FOR EXONERATION | § | |
| FROM OR LIMITATION OF LIABILITY | § | (ADMIRALTY) |

**MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW MS "ORION J" Schiffahrtsgesellschaft UG (Haftungsbeschränkt) & Co. KG, JMS Fourty-Fifth Shipping Co. Ltd, and Jüngerhans Heavy-Lift-Fleet Services GmbH & Co. KG (hereinafter collectively referred to as the "Limitation Petitioners"), and file their Motion for Leave to File Third-Party Complaint, respectfully showing the Court the following:

**I.**

1.     The Limitation Petitioners seek leave to file their Third-Party Complaint pursuant to Federal Rule of Civil Procedure 14(c) against Intermarine, LLC; Industrial Maritime Carriers LLC; Industrial Maritime Carriers (Bermuda), Ltd.; and, TTS NMF GmbH (hereinafter referred to collectively as the "Third Party Defendants"), whose negligence proximately caused, in whole or in part, the incident underlying Claimants/Plaintiffs Eusebia Garcia, individually, as representative of the estate of Gabriel Garcia, deceased, and as next friend of Eduardo Garcia, a

minor; Angel Garcia; Marleny Martinez; Esmeralda Garcia; and, Mirian Garcia's damage claims (hereinafter, the foregoing will be referred to collectively as the "Garcia and Martinez Plaintiffs."). However, the Garcia and Martinez Plaintiffs have not asserted any claims against the Third Party Defendants in this action.

2. Likewise, Intermarine, LLC; Industrial Maritime Carriers LLC; and, Industrial Maritime Carriers (Bermuda), Ltd. (hereinafter collectively referred to as the "IMC" Claimants) have asserted damages allegedly caused by the negligence of the Limitation Petitioners. The Limitation Petitioners would show that the alleged damages of the IMC Claimants, if any, were proximately caused, in whole or in part, by the negligence of TTS NMF GmbH. However, the IMC Claimants have not asserted any claims against TTS NMF GmbH in this limitation action.

## II.

3. The Court should allow the Limitation Petitioners to file their Third-Party Complaint, attached hereto as Exhibit 1, for the following reasons:

   a. The IMC Claimants and/or TTS NMF GmbH are liable for all or part of the Garcia and Martinez Plaintiffs' claims against the Limitation Petitioners.

   b. TTS NMF GmbH is liable for all or part of The IMC Claimants' claims against the Limitation Petitioners.

   c. This matter is still in its early stages of discovery such that joinder of these claims should not cause delay or inconvenience to the parties.

   d. Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a).

   e. The Limitation Petitioners seek the relief requested herein not for purposes of delay, but so that justice may be done.

**III.**

WHEREFORE, PREMISES CONSIDERED, MS "ORION J" Schiffahrtsgesellschaft UG (Haftungsbeschränkt) & Co. KG, JMS Fourty-Fifth Shipping Co. Ltd, and Jüngerhans Heavy-Lift-Fleet Services GmbH & Co. KG respectfully request that the Court grant their Motion for Leave to File Third Party Complaint and for such further relief to which they may be justly entitled.

Respectfully submitted,

EASTHAM, WATSON, DALE AND FORNEY, L.L.P.

*/s/ Robert L. Klawetter*
Robert L. Klawetter
State Bar No. 11554700
klawetter@easthamlaw.com
William A. Durham
State Bar No. 06281800
durham@easthamlaw.com
Christina K. Schovajsa
State Bar No. 24002910
schovajsa@easthamlaw.com
808 Travis Street, Suite 1300
Houston, TX  77002
Telephone:  (713) 225-0905
Telefacsimile:  (713) 225-2907

*Attorneys for Petitioners*
*MS "ORION J" Schiffahrtsgesellschaft*
*UG (Haftungsbeschränkt) & Co. KG,*
*JMS Fourty-Fifth Shipping Co. Ltd,*
*and Jüngerhans Heavy-Lift-Fleet Services*
*GmbH & Co. KG*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for each of the claimants regarding the relief requested herein and that counsel for all claimants except (1) Industrial Maritime Carriers LLC; (2) Industrial Maritime Carriers (Bermuda), Ltd; and (3) Intermarine, LLC confirmed they are unopposed to the motion. Counsel for (1) Industrial Maritime Carriers LLC; (2) Industrial Maritime Carriers (Bermuda), Ltd.; and, (3) Intermarine, LLC was unable to confirm that his clients are unopposed at the time of filing; accordingly, I must list them as opposed.

*/s/ Robert L. Klawetter*
Robert L. Klawetter

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing pleading on **October 3rd, 2014,** electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Houston Division, and/or telefax, certified mail, return receipt requested, as enumerated below.

*/s/ Robert L. Klawetter*
Robert L. Klawetter

***VIA THE CM/ECF SYSTEM***
Terry Bryant
Gregg Anderson
Terry Bryant PLLC
8584 Katy Freeway, Suite 100
Houston, Texas 77024

***VIA THE CM/ECF SYSTEM***
Noah M. Wexler
Arnold & Itkin LLP
6009 Memorial Drive
Houston, Texas 77007

***VIA THE CM/ECF SYSTEM***
Thomas J. Smith
Kelly C. Hartman
Shannon L. Snider
Galloway, Johnson, Tompkins, Burr & Smith
1301 McKinney, Suite 1400
Houston, Texas 77010